In the Matter of the Petition of JUDSON LAWSON, Respondent, for the Revocation of Liquor Tax Certificate No. 5,674, Issued to JOHN P. WILLIAMS, Appellant.

*Matter of Lawson*, 109 App. Div. 195, appeal dismissed.
(Argued April 16, 1906; decided April 17, 1906.)

MOTION, by permission, to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November · 28, 1905, which affirmed an order of Special Term referring the matter in controversy to a referee.

The motion was made upon the ground that the appellant has failed to pay accrued costs and to perfect his appeal by filing the required undertaking.

*Elmer E. Cooley* for motion.

*David M. Neuberger* opposed. ·

Motion granted and appeal dismissed, with ten dollars costs only.